THE HUMANE SOCIETY OF THE UNITED
STATES,

>Plaintiff,

v.

THE ANIMAL AND PLANT HEALTH
INSPECTION SERVICE, *et al*.,

>Defendants.

Civil Action No. 18-646 (TNM)

## SUPPLEMENTAL DECLARATION OF TONYA G. WOODS

I, Tonya G. Woods, make the following declaration in lieu of an affidavit as permitted by Section 1746 of Title 28 of the United States Code. I make this declaration based upon the knowledge I have acquired through the performance of my official duties. I am aware that this declaration will be filed with the United States District Court for the District of Columbia, and that it is the legal equivalent of a statement under oath.

1. I am presently employed with the United States Department of Agriculture (USDA), Animal and Plant Health Inspection Service (APHIS), as the Freedom of Information and Privacy Acts Director. I have held this position since 2008. Prior to this, I served as the FOIA Officer at the Department of Commerce, National Marine Fisheries Service from 2004 to 2008, and as a FOIA analyst at APHIS from 2000-2004, and the U.S. Department of Energy from approximately 1994 -2000.

2. In my current role, I provide day-to-day administration of the Freedom of Information Act (FOIA) and Privacy Act (PA). I lead a staff of approximately 20 personnel and we receive and process all FOIA requests and FOIA appeals for APHIS. Under my direction the FOIA/PA staff: receives FOIA and PA requests; communicates with FOIA requesters;

initiates/coordinates search efforts to locate documents responsive to individual requests;

examines responsive documents; makes determinations on initial FOIA responses; prepares

appeal responses; and handles FOIA referrals and consultations with other federal agencies.  The

FOIA/PA staff maintains an electronic tracking system for all FOIA and PA requests received

and processed by APHIS and prepares Annual FOIA reports, Chief FOIA Officer's Report, and

the Quarterly Reports.

       3.      I reviewed the Memorandum of Points and Authorities in Support of Plaintiff's

Cross-Motion for Summary Judgment and Plaintiff's Opposition to Defendants' Motion for

Summary Judgment filed in this matter and I make this declaration based upon consultations

with APHIS personnel who are knowledgeable about the FOIA requests that are the subject of

this litigation.  I also make this declaration based on my own knowledge, and/or on the basis of

knowledge acquired by me through the performance of my official duties.

**POTENTIAL UNWANTED CONTACT, HARASSMENT, AND STIGMA**

4.      HSUS has asserted that the concerns for potential unwanted contact, harassment, and

stigma are uncorroborated, conclusory, and speculative statements.  However, APHIS has

routinely received numerous reports from licensees that support APHIS's concerns.  Some of

these reports were submitted in response to predisclosure notifications to licensees concerning

confidential commercial information in records to be disclosed pursuant to a FOIA request. The

licensees potentially impacted by the disclosure are requested to comment on whether the

disclosures contained confidential business information under FOIA Exemption 4. While this

process seeks their input on FOIA Exemption 4, licensees often send information focused on

protecting their privacy interest under FOIA Exemptions 6 and 7(C) along with examples of

unwanted contact, harassment, or stigma to illustrate their assertion. The following, paragraphs 5-11, are a sampling of statements received from licensees.

5.      Two licensees described alleged harassment, including strangers taking photos or video of their facilities and publishing them online: "[a]s a result of my kennel being filmed by unknown persons who posted the video on the internet, I was notified on July 26, 2011, by a pet store that bought many of my puppies that it would no longer buy my puppies as long as the disparaging video was on the internet." Some licensees reported that they felt physically intimidated by individuals who oppose their businesses, especially licensees who residence is co-located with their facilities. Other licensees commented that HSUS's "smear campaign" has resulted in physical illness and stress. Others raised concerns about their physical safety because they view HSUS and other organizations as threats, and they are concerned about harassment.

6.      In 2016, in response to a FOIA request, a licensed dog breeder from Missouri stated "our phone number is unlisted due to being a victim of harassment via 100's of harassing phone calls and bodily harm threats from an HSUS supporter, when they released a previous number they obtained."

7.      A licensed breeder and transporter commented in 2016, that showing a connection with a certain kennel "will just allow more harassment by the animal rights terrorist. They have taken pictures of our vehicles in the past and put them on web sites disclosing our license plate numbers and referring to us as 'puppy mill haulers' and more. Inviting mobs of picketers to locations of our customers while deliveries are made." The transporter also reported that "a delivery was being made to a customer in New York where animal rights activists were awaiting our truck. They were filming the delivery while screaming obscenities at our drivers." The transporter also expressed a concern that any information released would be used "to publicly

harass my business and the customers we service via the internet, picketing lines or any other means they find … to spread ugly rumors and lies. In some cases cause physical harm.

8.      Licensed exhibitors from Florida and Texas expressed concern, in 2017, about releasing location information "due to the fact that we are being victimized and harassed by the animal rights organization" or because "they have made threats to do harm to myself and animals."

9.      A licensed exhibitor from Illinois expressed concern, in 2017, that releasing location and business names would result in "pressure to venues to cancel us, stage protest, putting our animals and us in harm's way. We have had animals rights [supporters] trespass at our home when we were not home."

10.     A licensed exhibitor from Florida expressed concern, in 2017, because in the licensee's opinion the "animal rights groups" "have turned to a disturbing tactic of singling out individual animal owners and animal related businesses by publishing names, their addresses, and photographs of their animals on-line. Even more disturbing is that the personal and exhibition schedule information of private animal enterprise owners is being used to harass their sponsors and the venue owners to bully them into discontinuing their business relationship…. Clearly USDA licensee's information is being used as a weapon against them."

11.     A licensed exhibitor from Florida expressed concern in 2017, about the release of information and stated: "I have been victimized and subject to online bullying, threats, stalking and harassment."  The licensee stated that letters were written "to my employers in an attempt to damage my family reputation … and have pressured our sponsor to drop our contract. With the constant bullying, threats and harassment I fear for the safety of my family and my bears."

## THE LICENSEES AT ISSUE HERE

12.     There are more than 6,600Animal Welfare Act ("AWA") licensees nationwide.

4

13.     Plaintiff's two FOIA requests at issue in this case sought records concerning (1) Marvin Burkholder / Berlin Kennel, (2) Owen Yoder, (3) Little Puppies Online, (4) Evergreen Designer, and (5) Natural Bridge Zoo.

14.     As discussed in my prior declaration (at paragraph 41), unredacted records concerning Evergreen Designer were previously released so those records are not at issue in this case.

15.     Although APHIS initially withheld records relating to Little Puppies Online, APHIS has since determined that Little Puppies Online is not a homestead business as previously believed. On December 11, 2018, APHIS informed Plaintiff that it was releasing responsive records relating to Little Puppies Online.  The responsive records were released with all redactions removed except for names and signatures of third- party receiving officials and signatures of APHIS inspectors.

16.     The records that remain at issue in this case relate to (1) Marvin Burkholder / Berlin Kennel, (2) Owen Yoder, and (3) Natural Bridge Zoo.  APHIS has determined that each of these is an individual or homestead business.  Each of the licensees resides at the site of their AWA facility.

## AVAILABILITY OF INFORMATION THROUGH OTHER SOURCES

17.     Plaintiffs have asserted that "without linking an inspection report to a particular facility, and without being able to track how APHIS' inspections of a particular facility change or remain the same over time," they are unable to discern "whether APHIS has ever inspected a specific facility, or has gone years without inspecting a facility; whether APHIS has conducted the annual inspections that are required for certain types of facilities under the AWA; whether and how APHIS is applying the AWA uniformly or disparately across different facilities; whether and

how APHIS is addressing repeat violations across inspection reports for a single facility (as opposed to citing first-time violations across inspection reports for different facilities); whether APHIS is timely re-inspecting facilities to ensure that deficiencies noted on prior inspection reports are addressed by noted "correct by" dates; whether, in the case of "no access" violations, USDA ever returned and gained access; or whether APHIS conducted an investigation after a complaint was submitted regarding a facility or an incident was reported in the press."

18.     With regard to the facilities implicated by Plaintiff's FOIA requests, Plaintiff can determine "whether APHIS has ever inspected a specific facility or gone years without inspecting a facility."  In each of the inspection reports released in response to Plaintiff's FOIA requests, Defendants left unredacted the facility inspected and the year of the inspection.

19.     The general public can determine extensive information about APHIS inspections by using the online APHIS Public Search Tool, which provides three years of information on licensees. For example, the general public can access three years' worth of full inspection reports for the non-residential businesses that have an AWA license. The public can also see three years of inspection report narratives for those AWA licensees that are individuals and residential businesses, but with the name and other identifying information protected. For all licensees, users can see the history of the previous three years of reports, including the dates the inspections were conducted and how the findings for the facilities have changed over time.

20.      For example, if a member of the general public conducted a search for breeders in Missouri and clicked on alicensee that is an individual or homestead business, they will not see the name or other identifying information for the licensee, but they will see their history of inspections. Exhibit 1 demonstrates inspections that occurred on August 19, 2016, May 22, 2017, October 20, 2017 and April 23, 2018.  From this screen, the public can determine not only the

frequency of inspections, but also whether the licensee had any direct, non-critical, or critical noncompliant items identified during the inspection.

21.     Furthermore, the public can open the full inspection reports for each of these inspections to monitor the specific information about any of the noncompliant items identified during an inspection (Exhibit 2). They can also open the following inspection report to determine whether the deficiency was corrected. (Exhibit 3)

22.     For inspections where the licensee was not available to be inspected (Exhibit 4) ("no access"), a member of the public can verify in the next inspection report when APHIS revisited to conduct the full inspection (Exhibit 3).

23.     The inspection reports note the city and identify which site is being inspected, so the public can see when and how often each site is inspected.

24.     They can use these inspection reports to compare how often inspections are conducted in specific states.  For example, they can compare inspections conducted in different states, between different kinds of licensees, in different years.  Additionally, they can identify which states or cities or license types have the highest incidence of noncompliance.

25.     For research facilities, where the AWA requires that the Agency inspect at least once a year, the vast majority of licensees are non-residential businesses and therefore their full inspection reports, including identifying information, are available for view by the general public (Exhibit 5).  None of the facilities at issue in this case are research facilities.

26.      For those research facilities that are individuals and residential businesses, the general public can see whether the Agency is meeting its annual inspection requirement, even though the name and other identifying information is protected (Exhibit 6).

27.    Inspection reports would not typically indicate whether an inspection was related to a

complaint received from the public. APHIS has a separate process for handling complaints from

the public regarding AWA licensees. APHIS accepts complaints from members of the public,

and assigns complaints about issues regulated under the AWA a specific tracking number. This

tracking number is provided to complainants in an acknowledgment letter—unless the complaint

is submitted anonymously and contact information is unavailable—along with information on

how to submit a FOIA request to obtain the results of their complaint. This process has not

changed and APHIS regularly releases records related to complaints in response to FOIA

requests. None of the records at issue are related to the complaint process within APHIS.

28.    APHIS inspection and enforcement activities can be monitored through the statistical

reporting the Agency provides on its website on a quarterly basis.

https://www.aphis.usda.gov/animal_welfare/downloads/AC-Accomplishments-Report-

FY2018_Q1-and-Q2.pdf    and https://www.aphis.usda.gov/aphis/ourfocus/business-

services/ies/ies_performance_metrics/ies-ac_enforcement_summary.

29.    Attached as Exhibit 7 are pages from 2017-APHIS-05532-F, which were released to the

Plaintiff on August 28, 2018.


Dated _12/13/2018_____          _____

TONYA WOODS   Digitally signed by TONYA WOODS
              Date: 2018.12.13 13:14:18 -05'00'

Tonya G. Woods

8

# Exhibit 1

APHIS - Animal Care

| Home | **Inspection Reports** | Annual Reports | Help |

Home > Inspection Reports

## ⊙ Inspection Reports Search

To locate inspection reports prepared by Animal Care inspectors, you may enter information in the **License/Registration Type and/or State** fields and then click the "Search" button.

Additional search options and information may be available for certain business entities, such as the names and addresses of corporations with commercial addresses.

Click on the icon to the left of any entry to see the associated inspection report.

To ensure that you receive accurate information, you must click the "Clear" button between every search.

License/Registration Type
[ BREEDER ▼ ]

City
[ ]

State
[ MO - MISSOURI ▼ ]

Zip Code
[ ]

Customer/Organization Name
[ ]

Customer Number
[ ]

Certificate Number
[ ]

Certificate number should be in xx-x-xxxx format

[ Search ] [ Clear ]

To view licensees/registrants information, click on **"View Licensees/Registrants"** button

[ View Licensees/Registrants ]  [ **View Inspection Reports** ]

### Inspection Report(s) Based on Submitted Criteria

1 - 4

| View Report | Licensee/Registrant IDs | Inspection Date | Non-Compliances Inspection (NCI) | | | Site Name | Legal Name |
|---|---|---|---|---|---|---|---|
| 🗐 | License Type: A | Apr 23, 2018 | Direct: | 0 | | - | - |
| | | | Non-Critical: | 0 | | | |
| | | | Critical: | 0 | | | |
| 🗐 | License Type: A | Oct 20, 2017 | Direct: | 0 | | - | - |
| | | | Non-Critical: | 0 | | | |
| | | | Critical: | 0 | | | |
| 🗐 | License Type: A | May 22, 2017 | Direct: | 0 | | - | - |
| | | | Non-Critical: | 1 | | | |
| | | | Critical: | 0 | | | |
| 🗐 | License Type: A | Aug 19, 2016 | Direct: | 0 | | - | - |
| | | | Non-Critical: | 1 | | | |
| | | | Critical: | 0 | | | |

1 - 4

Set Screen Reader Mode On

# Exhibit 2



DCOURTRIGHT

United States Department of Agriculture
Animal and Plant Health Inspection Service

**Inspection Report**



BOLIVAR, MO

Customer ID:
Certificate:
Site:  001

Type:  ROUTINE INSPECTION
Date:  19-AUG-2016

**3.11(c)**

**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

Section 3.11(c) Housekeeping
The fencing of enclosures there is grass growing into the fence and along the parameter. The overgrown grass in the fence and near the pens allows rodents and pest to live near the dogs. The grass must be maintained and controlled so as to facilitate cleaning of the premises and pest control and to protect the health and well-being of the dogs.
To be corrected by 08-31-2016


This inspection and exit interview were conducted with facility representative.


This is an electronic version of the report dated 08-19-2016.

| Prepared By: | DAVID COURTRIGHT, A C I | Date: |
| --- | --- | --- |
|  | DAVID COURTRIGHT       USDA, APHIS, Animal Care | 30-AUG-2016 |
| Title: | ANIMAL CARE INSPECTOR   4042 | |
| Received By: | | |
| Title: | | Date: 31-AUG-2016 |

# Exhibit 3





United States Department of Agriculture
Animal and Plant Health Inspection Service

**Inspection Report**

Insp_id



BOLIVAR, MO

Customer ID:

Certificate:

Site:   001

Type:   ROUTINE INSPECTION

Date:   20-OCT-2017

No non-compliant items identified during this inspection.

This inspection and exit interview were conducted with facility representative.

**Prepared By:**   COURTRIGHT DAVID, A C I

COURTRIGHT DAVID, A C I          USDA, APHIS, Animal Care

**Date:**
20-OCT-2017

**Title:**   ANIMAL CARE INSPECTOR   4042

**Received By:**

**Date:**
20-OCT-2017

**Title:**

# Exhibit 4



DCOURTRIGHT

United States Department of Agriculture
Animal and Plant Health Inspection Service

**Inspection Report**



BOLIVAR, MO

Customer ID: ███████

Certificate: ███████

Site: 001

Type: ATTEMPTED INSPECTION

Date: 22-MAY-2017

**2.126(b)**

**ACCESS AND INSPECTION OF RECORDS AND PROPERTY; SUBMISSION OF ITINERARIES.**

A responsible adult was not available to accompany APHIS Officials during the inspection process at 1130-1200 hours on 22-May-17.

I called your cell phone and you stated you just left for an appointment and could not do an inspection but you could on Friday.. As a reminder all inspection have to be unannounced. I left my business card in your mailbox.

| | | |
|---|---|---|
| **Prepared By:** | COURTRIGHT DAVID, A C I | **Date:** 22-MAY-2017 |
| | COURTRIGHT DAVID, A C I          USDA, APHIS, Animal Care | |
| **Title:** | ANIMAL CARE INSPECTOR   4042 | |
| **Received By:** | | **Date:** 22-MAY-2017 |
| **Title:** | | |

# Exhibit 5

| License/Registration Type | City | State | Zip Code |
|---|---|---|---|
| RESEARCH FACILITY ▼ | Case 1:18-cv-00646-TNM Document 23-2 Filed 12/13/18 Page 18 of 24 | MO - MISSOURI ▼ | |

| Customer/Organization Name | Customer Number | Certificate Number |
|---|---|---|
| | | |

Certificate number should be in xx-x-xxxx format

**Search**  **Clear**

By default, the licensees/registrants information will be displayed.
To view inspection reports, click on **"View Inspection Reports"** button   **View Inspection Reports**
**View Licensees/Registrants**

Licensees/Registrants Information

‹ Previous   row(s) 46 - 55 of 55

| Query Reports | Licensee/Registrant Information | Address |
|---|---|---|
| | Cust/Org Name (DBA): SANFORD-BROWN COLLEGE - ST. PETERS()<br>Customer No:      39876<br>Certificate No:   43-R-0125<br>License Type:     RESEARCH FACILITY<br>Certificate Status: CANCELLED<br>Status Date:      Jun 27, 2014 | 100 RICHMOND CENTER BLVD<br><br>SAINT PETERS, MO 63376<br>COUNTY:SAINT CHARLES |
| | Cust/Org Name (DBA): AMOX INC(ANICLIN PRECLINICAL)<br>Customer No:      40008<br>Certificate No:   58-R-0140<br>License Type:     RESEARCH FACILITY<br>Certificate Status: CANCELLED<br>Status Date:      Sep 27, 2007 | 222 S. CENTRAL AVE   SUITE 901<br><br>SAINT LOUIS, MO 63105<br>COUNTY:SAINT LOUIS |
| | Cust/Org Name (DBA): AMOX INC(ANICLIN PRECLINICAL)<br>Customer No:      40008<br>Certificate No:   43-R-0120<br>License Type:     RESEARCH FACILITY<br>Certificate Status: CANCELLED<br>Status Date:      Sep 20, 2010 | 222 S. CENTRAL AVE   SUITE 901<br><br>SAINT LOUIS, MO 63105<br>COUNTY:SAINT LOUIS |
| | License Type:     RESEARCH FACILITY<br>Status Date:      2008 | State: MO |
| | Cust/Org Name (DBA): SINCLAIR RESEARCH CENTER L L C()<br>Customer No:      45331<br>Certificate No:   43-R-0122<br>License Type:     RESEARCH FACILITY<br>Certificate Status: ACTIVE<br>Status Date:      Feb 11, 2018 | 562 STATE ROAD DD<br><br>AUXVASSE, MO 65231<br>COUNTY:CALLAWAY |
| | Cust/Org Name (DBA): MILLIPORE CORPORATION()<br>Customer No:      322301<br>Certificate No:   43-R-0123<br>License Type:     RESEARCH FACILITY<br>Certificate Status: CANCELLED<br>Status Date:      Sep 30, 2010 | 6 RESEARCH PARK DRIVE<br><br>SAINT CHARLES, MO 63304<br>COUNTY:SAINT CHARLES |

# Exhibit 6

APHIS - Animal Care

| Home | **Inspection Reports** | Annual Reports | Help |
|------|------------------------|----------------|------|

Home > Inspection Reports

## ⊘ Inspection Reports Search

To locate inspection reports prepared by Animal Care inspectors, you may enter information in the **License/Registration Type and/or State** fields and then click the "Search" button.

Additional search options and information may be available for certain business entities, such as the names and addresses of corporations with commercial addresses.

Click on the icon to the left of any entry to see the associated inspection report.

To ensure that you receive accurate information, you must click the "Clear" button between every search.

| License/Registration Type | City | State | Zip Code |
|---|---|---|---|
| RESEARCH FACILITY ▼ | | MO - MISSOURI ▼ | |

| Customer/Organization Name | Customer Number | Certificate Number |
|---|---|---|
| | | |

Certificate number should be in xx-x-xxxx format

**Search**   **Clear**

**View Licensees/Registrants**   To view licensees/registrants information, click on **"View Licensees/Registrants"** button

**View Inspection Reports**

### Inspection Report(s) Based on Submitted Criteria

1 - 4

| View Report | Licensee/Registrant IDs | Inspection Date | Non-Compliances Inspection (NCI) | | Site Name | Legal Name |
|---|---|---|---|---|---|---|
| 🗐 | License Type: R | Sep 06, 2018 | Direct:<br>Non-Critical:<br>Critical: | 0<br>0<br>0 | - | - |
| 🗐 | License Type: R | Jun 28, 2017 | Direct:<br>Non-Critical:<br>Critical: | 0<br>0<br>0 | - | - |
| 🗐 | License Type: R | Apr 04, 2017 | Direct:<br>Non-Critical:<br>Critical: | 0<br>1<br>0 | - | - |
| 🗐 | License Type: R | Jan 19, 2017 | Direct:<br>Non-Critical:<br>Critical: | 0<br>1<br>0 | - | - |

1 - 4

Set Screen Reader Mode On

# Exhibit 7

**CHECK IF N/A** ☐                              **SECTION II. DOGS AND CATS**

A. VACCINATIONS - SPECIFY THE FREQUENCY OF VACCINATION FOR THE FOLLOWING DISEASES

| CANINE | | | FELINE | | |
|---|---|---|---|---|---|
| | JUVENILE | ADULT | | JUVENILE | ADULT |
| PARVOVIRUS | 6,10,14 wks | Annual | PANLEUK | 4,8,12 wks | Annual |
| DISTEMPER | " | Annual | RESP. VIRUSES | 4,8,12 wks | Annual |
| HEPATITIS | " | Annual | RABIES | 1 yr. | Annual |
| LEPTOSPIROSIS | " | Annual | OTHER (Specify) | | |
| RABIES | 1 YR | 3 years | | | |
| BORDETELLA | | | | | |
| OTHER (Specify) | | | | | |

B. PARASITE CONTROL PROGRAM - DESCRIBE THE FREQUENCY OF SAMPLING OR TREATMENT FOR THE FOLLOWING:

1. ECTOPARASITES (Fleas, Ticks, Mites, Lice, Flies)

Pyrethrin base sprays + dips every 2 weeks

2. BLOOD PARASITES (Heartworm, Babesia, Ehrlichia, Other)

Canine - Heartguard or Interceptor - monthly

3. INTESTINAL PARASITES (Fecals, Deworming)

Deworming every 6 months

C. EMERGENCY CARE - DESCRIBE PROVISIONS FOR EMERGENCY, WEEKEND AND HOLIDAY CARE

(b) (6), (b) (7)(C)                              provides

24 hr. emergency service

D. EUTHANASIA

1. SICK, DISEASED, INJURED OR LAME ANIMALS SHALL BE PROVIDED WITH VETERINARY CARE OR EUTHANIZED. EUTHANASIA WILL BE IN ACCORDANCE WITH THE AVMA RECOMMENDATIONS AND WILL BE CARRIED OUT BY THE FOLLOWING:

☑ VETERINARIAN         ☐ LICENSEE/REGISTRANT

2. METHOD(S) OF EUTHANASIA

IV Pentobarbital

E. ADDITIONAL PROGRAM TOPICS - THE FOLLOWING TOPICS HAVE BEEN DISCUSSED IN THE FORMULATION OF THE PROGRAM OF VETERINARY CARE

☐ Congenital Conditions          ☐ Exercise Plan (Dogs)
☐ Quarantine Conditions          ☑ Proper Handling of Biologics
☐ Nutrition                      ☐ Venereal Diseases
☑ Anthelmintic alternation       ☑ Pest Control and Product Safety
☐ Other (Specify) _____        ☐ Proper Use of Analgesics and Sedatives

APHIS FORM 7002                                              Page 2 of 4

CHECK IF N/A ☐    **SECTION III. WILD AND EXOTIC ANIMALS**

**A.** VACCINATIONS - LIST THE DISEASES FOR WHICH VACCINATIONS ARE PERFORMED AND THE FREQUENCY OF VACCINATIONS *(Enter N/A if not applicable)*

CARNIVORES    Distemper, hepatitis, leptospirosis, Parvovirus    felines-PRC
Coronavirus - yearly    Killed virus -

HOOFED STOCK    leptospirosis + 8 way + Clostridial w/ tetanus    yearly

PRIMATES    N/A

ELEPHANTS    Tetanus - yearly

MARINE MAMMALS    N/A

OTHER *(Specify)*

**B.** PARASITE CONTROL PROGRAM - DESCRIBE THE FREQUENCY OF SAMPLING OR TREATMENT FOR THE FOLLOWING

1. ECTOPARASITES *(Fleas, Ticks, Mites, Lice, Flies)*
Treatment  2x year w/ ivermectin

2. BLOOD PARASITES
N/A.

3. INTESTINAL PARASITES (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)

**C. EMERGENCY CARE**

1. DESCRIBE PROVISIONS FOR EMERGENCY, WEEKEND AND HOLIDAY CARE
(b) (6), (b) (7)(C)    24 hr. emergency service

2. DESCRIBE CAPTURE AND RESTRAINT METHOD(S)
(b) (6), (b) (7)(C)

**D. EUTHANASIA**

1. SICK, DISEASED, INJURED OR LAME ANIMALS SHALL BE PROVIDED WITH VETERINARY CARE OR EUTHANIZED. EUTHANASIA WILL BE IN ACCORDANCE WITH THE AVMA RECOMMENDATIONS AND WILL BE CARRIED OUT BY THE FOLLOWING:

☑ VETERINARIAN    ☐ LICENSEE/REGISTRANT

2. METHOD(S) OF EUTHANASIA
(b) (6), (b) (7)(C)

**E.** ADDITIONAL PROGRAM TOPICS - THE FOLLOWING TOPICS HAVE BEEN DISCUSSED IN THE FORMULATION OF THE PROGRAM OF VETERINARY CARE

☑ Pest Control and Product Safety    ☑ Environment Enhancement *(Primates)*
☑ Quarantine Procedures    ☐ Water Quality *(Marine Mammals)*
☐ Zoonoses    (b) (6), (b) (7)(C)    ☐ Species-specific Behaviors
☑ Other *(Specify)*    ☑ Proper Storage and Handling of Drugs and Biologics
☑ Proper Use of Analgesics and Sedatives

**F.** LIST THE SPECIES SUBJECTED TO TB TESTING, AND THE FREQUENCY OF SUCH TESTS
Camelid, Ruminants, llamas PRIOR to import/export
* cervical test for deer
Elephants - yearly testing for TB - Trunk Wash

2017-APHIS-05532-F   000337

CHECK IF N/A ☐                    **SECTION IV. OTHER WARMBLOODED ANIMALS**

**A. INDICATE SPECIES**

Camelids

Equine

**B. VACCINATIONS - LIST THE DISEASES FOR WHICH VACCINATIONS ARE PERFORMED AND THE FREQUENCY OF VACCINATIONS**
*(Enter N/A if not applicable)*

Equine - influenza, tetanus, Rhinopneum, E+W enceph- yearly

Camelid - 8way - yearly
          -muse

**C PARASITE CONTROL PROGRAM - DESCRIBE THE FREQUENCY OF SAMPLING OR TREATMENT FOR THE FOLLOWING**

**1. ECTOPARASITES** *(Fleas, Ticks, Mites, Lice, Flies)*

Ivermectin  4 x year - camelids

**2. INTERNAL PARASITES** *(Helminths, Coccidia, Other)*

Ivermectin, fenbendazol, Dichlorvous - every 60 days - camelids
Ivermectin, strongid, panacur - Pintal every 60 days - equine

**D. EMERGENCY CARE - DESCRIBE PROVISIONS FOR EMERGENCY, WEEKEND AND HOLIDAY CARE**

(b) (6), (b) (7)(C)                              has 24 hour

emergency service

**E. EUTHANASIA**

**1.** SICK, DISEASED, INJURED OR LAME ANIMALS SHALL BE PROVIDED WITH VETERINARY CARE OR EUTHANIZED. EUTHANASIA WILL BE IN ACCORDANCE WITH THE AVMA RECOMMENDATIONS AND WILL BE CARRIED OUT BY THE FOLLOWING:

☐ VETERINARIAN            ☑ LICENSEE/REGISTRANT

**2.** METHOD(S) OF EUTHANASIA

(b) (6), (b) (7)(C)

**F. ADDITIONAL PROGRAM TOPICS - THE FOLLOWING TOPICS HAVE BEEN DISCUSSED IN THE FORMULATION OF THE PROGRAM OF VETERINARY CARE**

☐ Pasteurellosis                    ☑ Species Separation
☑ Pododermatitis                    ☑ Malocclusion/Overgrown Incisors
☐ Cannibalism                       ☑ Pest Control and Product Safety
☐ Wet Tail     (b) (6), (b) (7)(C)  ☑ Handling
☑ Other (Specify)

**APHIS FORM 7002**                                                    Page 4 of 4