AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▾

| | |
|---|---|
| The Humane Society of the United States | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  1:18-cv-00646 |
| Animal and Plant Health Inspection Service, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                          .

Date:     04/23/2019

/s/ Anna Frostic
*Attorney's signature*

Anna Frostic (D.C. Bar No. 977732)
*Printed name and bar number*
The Humane Society of the United States
1255 23rd Street NW Suite 450
Washington, D.C. 20037

*Address*

afrostic@humanesociety.org
*E-mail address*

(202) 676-2333
*Telephone number*

(202) 778-6126
*FAX number*